ORIGINAL

ALVIN NISHIMURA #3971
ATTORNEY AT LAW
P.O. BOX 4510
KANEOHE, HI 96744-8510
TELEPHONE: 522-6529
FAX:       522-6530

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 02 2008
at 10 o'clock and 18 min. W M.
SUE BEITIA, CLERK

ATTORNEY FOR DEFENDANT
TERRANCE KEMPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>TERRANCE KEMPER<br><br>　　　　Defendant. | CR. NO. 04-00409 HG 02<br><br>NOTICE OF MOTION; MOTION FOR REDUCTION OF SENTENCE PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT; DELARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>DATE:<br>TIME:<br>JUDGE: The Honorable Helen Gillmor |

NOTICE OF MOTION

TO:   ED KUBO
      United States Attorney

      BEVERLY WEE SAMESHIMA
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ am/pm., or as soon as counsel may be heard.

DATED:   Honolulu, Hawaii May 30, 2008

_____
ALIVN NISHIMURA
ATTORNEY FOR DEFENDANT

ALVIN KAOHU NISHIMURA #3971
ATTORNEY AT LAW
P.O. BOX 4510
KANEOHE, HI 96744-8510

ATTORNEY FOR DEFENDANT
TERRANCE KEMPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00409 HG -02 |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | MOTION FOR REDUCTION OF |
| ) | SENTENCE PURSUANT TO NEW |
| ) | SENTENCING GUIDELINE AMENDMENT |
| ) | |
| TERRANCE KEMPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

COMES NOW the defendant, TERRANCE KEMPER, through court appointed counsel, ALVIN NISHIMURA, and moves this Honorable Court for a an order reducing the sentence previously imposed on August 26, 2005.

This motion is based upon 18 U. S. C. Section 3582(c), the attached declaration of counsel, all the files and records in this case, and on any evidence that may be adduced at a hearing on this motion.

The defendant, TERRANCE KEMPER, is currently serving a term of imprisonment for an offense involving cocaine base (crack). Mr. Kemper had contacted this Court for review of his sentence regarding the possible application of the new sentencing guideline amendment to his case. This Court appointed Alvin Nishimura, as defendant's counsel.

Mr Kemper was sentenced by this Court on August 26, 2005, to a term of 70 months imprisonment. Although the Defendant was subject to a 10 year mandatory sentence, the government filed a Motion for Downward Departure and at sentencing the government requested a departure to the low end of the guideline range absent the enhanced 10 year mandatory minimum. His guideline range was 70 to 87 months based on a total offense level of 25 and a criminal history category III. The Court departed to 70 months imprisonment, the low end of the guideline range as calculated prior to the crack cocaine amendment, as the government requested..

The sentencing guideline range Mr. Kemper was sentenced under was subsequently lowered by the Untied States Sentencing Commission on November 1, 2007. See U.S.S.G. Appendix C, Amdt. 706. The amendment was made retroactive. See Amendment 706.

The new amendment changes Mr. Kemper's base offense level to 23 and a new guideline range of 57 to 71 months. Logically, the low end of the newly appropriate range is 57 months.

Mr. Kemper is eligible for a reduction of this sentence by retroactive application of Amendment 706 pursuant to Section 3582(c) and U.S.S.G. policy statement Section 1B1.10. The low end of the guideline range should therefore be 57 months, and asks the Court to issue and order granting the defendants request for a reduction to said amount.

DATED: Honolulu, Hawai'i, 5/30/08

ALVIN K. NISHIMURA
Attorney for Defendant
TERRANCE KEMPER