## CERTIFICATE OF SERVICE

I, ALVIN NISHIMURA, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on June _____ 2008

Beverly Wee Sameshima
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii May 30, 2008

_____
ALVIN KAOHU NISHIMURA
Attorney for Defendant