# MINUTES

CASE NUMBER: CR 04-000409HG-002

CASE NAME: UNITED STATES OF AMERICA v. (02) TERRANCE KEMPER

JUDGE: Helen Gillmor     REPORTER:

DATE: June 6, 2008     TIME:

COURT ACTION:     MINUTE ORDER

Defendant (02) Terrance Kemper's Motion for Reduction of Sentence Pursuant to New Sentencing Guideline Amendment (Doc. 84) was filed on June 2, 2008. Opposition brief is due on or before **June 12, 2008.**

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Beverly W. Sameshima, AUSA
      Alvin P.K.K. Nishimura, Esq.
      Chief Judge Gillmor's chambers