# MINUTES

CASE NUMBER:      CR 04-00409HG-002

CASE NAME:        UNITED STATES OF AMERICA V. (02) TERRANCE KEMPER

ATTY FOR PLA:     Beverly Wee Sameshima, AUSA

ATTY FOR DEFT:    (02) Alvin P.K.K. Nishimura, Esq.
U.S.P.O.          Malia Eversole

---

JUDGE:   Helen Gillmor            REPORTER:   Gloria Bediamol

DATE:    June 18, 2008            TIME:       10:30 - 10:45

---

COURT ACTION:  DEFENDANT (02) TERRANCE KEMPER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT -

Defendant (02) Terrance Kemper not present, and his presence is waived for purposes of this hearing.

Discussion held.

Defendant (02) Terrance Kemper's Motion for Reduction of Sentence Pursuant to New Sentencing Guideline Amendment (Doc. 84) is **TAKEN UNDER ADVISEMENT**.

Any opposition from the government to a reduction in sentence is to be filed on or before June 25, 2008, any response is to be filed on or before July 2, 2008.

Court to issue a written order.

Submitted by: Mary Rose Feria, Courtroom Manager