EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA  #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Beverly.Sameshima@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00409-02 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER REDUCING |
| | ) | SENTENCE PURSUANT TO NEW |
| vs. | ) | SENTENCING GUIDELINE AMENDMENT |
| | ) | |
| TERRANCE KEMPER,    (02) | ) | |
| aka "T," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 70 months imposed on August 26, 2005, is reduced to 57 months.  All other provisions of the sentence imposed on August 26, 2005 remain unaltered.

The defendant TERRANCE KEMPER is currently serving a term of imprisonment for an offense involving cocaine base

(crack).  KEMPER is currently incarcerated at FCI Sheridan, Oregon and was contacted by counsel by phone.  Defendant KEMPER consents to counsel entering into this stipulation.

Defendant KEMPER was sentenced by this Court on August 26, 2005, to a term of 70 months imprisonment.  The defendant's guideline range was 120 months based upon the statutory mandatory minimum term applicable to his offense.[1]  The court departed downward to 70 months after granting the government's motion for downward departure based upon the defendant's substantial assistance.

Although the United States Sentencing Guideline Amendment lowered many guideline ranges for crack cocaine defendants on November 1, 2007, Mr. Kemper's guideline range remains subject to the statutory mandatory minimum which does not result in the lowering of his guideline range. See U.S.S.G. Appendix C, Amendment 706.  However, the parties agree that Defendant KEMPER is eligible for a reduction of his sentence by virtue of the court's discretionary authority pursuant to <u>United States v. Hicks</u>, 472 F.3d 1167 (9th Cir. 2007) and that based upon the factors set forth in 18 U.S.C. §3553(a), KEMPER's

---

[1] The Government filed a special information pursuant to 21 U.S.C. § 851 based upon the defendant's prior felony drug conviction.  As a result, the statutory minimum applicable to his offense was ten years.  Absent the statutory minimum, his total offense level at the time was 25, Criminal History Category III, which was 70-87 months.

sentence should be reduced two levels to level 23 (57 - 71 months).  The parties therefore agree that Defendant KEMPER's new sentence of incarceration should be 57 months which takes into account the need to provide the defendant with correctional treatment (KEMPER has enrolled in the 500 hour Residential Drug Abuse Program), while at the same time reflecting the seriousness of the offense and providing just punishment for the offense.

    IT IS SO STIPULATED.

    DATED:  July 7, 2008, Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
>
> By  /s/ Beverly Wee Sameshima
>   BEVERLY WEE SAMESHIMA
>   Assistant U. S. Attorney
>
>
>   /s/ Alvin Nishimura
> ALVIN NISHIMURA, ESQ.
> Attorney for Defendant
>   TERRANCE KEMPER

APPROVED AND SO ORDERED:
DATED: July 7, 2007, Honolulu, Hawaii.



          **/s/ Helen Gillmor**
          Chief United States District Judge


UNITED STATES V. TERRANCE KEMPER
CR. NO. 04-00409-02 HG
"Stipulation and Order Reducing Sentence Pursuant to New Sentencing Guideline Amendment"